STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Severa_Keith@fd.org

Counsel for Defendant Vega-Lobato

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17–00628 BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET SENTENCING HEARING DATE |
| v. | |
| ANTHONY VEGA-LOBATO, | |
| Defendant. | |

Defendant Anthony Vega-Lobato, through counsel, and counsel for the government hereby stipulate and request that this Court reset Mr. Vega-Lobato's currently-set Sentencing Hearing date of December 10, 2019 to February 18, 2020. The reason for this request is that counsel for Defendant Vega-Lobato continues to conduct mitigation investigation that is relevant and necessary for sentencing.

Counsel for both parties agree that, in light of the ongoing preparation and planning, that it is appropriate to reset the Sentencing Hearing, so that all factors relevant to Mr. Vega-Lobato's sentence can be adequately investigated and presented, and that a time exclusion order be issued that would

exclude time under the Speedy Trial Act from December 10, 2019, through February 18, 2020, to permit the parties the reasonable time necessary for effective preparation.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
SEVERA KEITH
Assistant Federal Public Defender

/S/
SCOTT SIMEON
Assistant United States Attorney

[PROPOSED] **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED

Defendant Anthony Vega-Lobato's Sentencing Hearing is reset from December 10, 2019 to February 18, 2020.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act from December 10, 2019, through February 18, 2020. The Court finds this exclusion is necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: Nov 18, 2019

THE HONORABLE BETH LABSON FREEMAN
United States District Judge